**Order entered December 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01521-CR

### LATOYA ROBINSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Auxiliary Court No. 1
### Dallas County, Texas
### Trial Court Cause No. TR-13-03619

## ORDER

The clerk's record and appellant's brief have been filed in this appeal from appellant's conviction for contributing to the truancy of her child. Although the record reflects the case was tried to a jury, no reporter's record has been filed.

Accordingly, we **ORDER** the court reporter of the County Court Auxiliary Court No. 1 to file, within **THIRTY DAYS** of the date of this order, either the reporter's record of the proceedings in this case or written verification that the proceedings were not recorded.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Larry Rayford, Magistrate, County Auxiliary Court No. 1, 7201 Polk Str., No. 182, Dallas, Texas 75232; court reporter, County Auxiliary Court No. 1, 7201 Polk Str., No. 182, Dallas, Texas 75232; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of the order, by first-class mail, to Latoya Robinson, 616 Lacewood Drive, Dallas, Texas 75224.

/s/  DAVID EVANS
    JUSTICE